# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                    NO. 4:08CR00015-001  SWW

AVERY ROGERS

## ORDER

The United States Probation Office has requested that the Court modify the Judgment and Commitment filed January 30, 2009 [doc #25] to include a condition to the *Additional Conditions of Supervised Release, page 4 of 6,* as follows:

> Condition #8: Defendant shall have no access to computers, except for work purposes, if monitoring software is available, at the discretion of the U. S. Probation Office.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the above-stated condition and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 3rd day of February 2009.

/s/Susan Webber Wright
United States District Judge